UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, JR., | Case No. CV 11-9647 RGK (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| MATTHEW CATE, DIRECTOR OF CORRECTIONS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: July 23, 2012

_Gary Klausner_
R. GARY KLAUSNER
United States District Judge